# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE GENEVA MCPHERSON O/B/O MINOR A.T.T.<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.:<br><br>ORDER RE:<br>PETITION FOR GUARDIAN AD LITEM |

The Court having read and considered Plaintiff's Petition for Guardian Ad Litem, including the supporting declaration filed concurrently, and finding good cause, hereby orders as follows:

**IT IS ORDERED:**

1. Plaintiff's Petition for Guardian Ad Litem is **GRANTED**
2. NICOLE GENEVA MCPHERSON shall serve as Guardian Ad Litem in this action.

**IT IS SO ORDERED**

Dated: March 11, 2021

*[signature]*

United States Magistrate Judge