UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE GENEVA MCPHERSON O/B/O A.T.T., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant. | Case No. 21-cv-01673-SK <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff filed a motion for summary judgment on October 26, 2021. Pursuant to the Scheduling Order filed on March 10, 2021, Defendant's motion for summary judgment was due by November 23, 2021. (Dkt. No. 7.) This deadline has since passed and to date, Defendant has not yet filed a motion for summary judgment. Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing by no later than December 17, 2021 why default should not be entered against it.

**IT IS SO ORDERED**.

Dated: December 7, 2021

_____
SALLIE KIM
United States Magistrate Judge